UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC

        Plaintiff,

vs.

KEVRON INVESTMENTS, INC,

        Defendant.

Case No.: 2:22-cv-10395

Hon. Laurie J. Michelson

| BUSH SEYFERTH PLLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| Moheeb H. Murray (P63893) | William S. Cook (P68934) |
| William E. McDonald, III (P76709) | Matthew J. High (P82783) |
| Mahde Y. Abdallah (P80121) | 17197 N. Laurel Park Drive, Suite 201 |
| 100 West Big Beaver Road, Suite 400 | Livonia, Michigan 48152 |
| Troy, MI 48084 | 313.327.3100 p | 313.327.3101 f |
| (248) 822-7800 | william.cook@wilsonelser.com |
| murray@bsplaw.com | matthew.high@wilsonelser.com |
| mcdonald@bsplaw.com | *Attorneys for Defendant* |
| abdallah@bsplaw.com | |
| *Attorneys for Plaintiff* | |

STIPULATED ORDER TO ALLOW KEVRON TO AMEND ITS ANSWER

    1.    This is a breach of contract action between United Wholesale Mortgage, LLC and Kevron Investments, Inc.

    2.    UWM filed its complaint and Kevron timely filed its answer.

1

3. The parties have conducted some formal discovery, and now Kevron seeks to amend its answer.

4. The Federal Rules of Civil Procedure generally allow a party to amend its pleadings once as a matter of course. Fed. R. Civ. P. 15(a)(1). Otherwise, a party's pleadings may be amended only with the opposing party's written consent or the court's leave.

5. Specifically, Kevron seeks to amend its answer to paragraph 13 of UWM's complaint, and state:

> Defendant admits it availed itself of UWM' products, services, and resources and entered a Wholesale Broker Agreement with UWM but denies that it agreed to any amendment of the agreement.

6. The parties have conferred, and UWM stipulates to the Court allowing Kevron to amend its answer as noted above.

| BUSH SEYFERTH PLLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| /s/ Mahde Y. Abdallah, w/ permission<br>Moheeb H. Murray (P63893)<br>William E. McDonald, III (P76709)<br>Mahde Y. Abdallah (P80121)<br>*Attorneys for Plaintiff* | /s/ Matthew J. High<br>William S. Cook (P68934)<br>Matthew J. High (P82783)<br>*Attorneys for Defendant* |

Dated: February 21, 2023

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE