# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>KEVRON INVESTMENTS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-10395<br><br>Hon. Laurie J. Michelson<br><br>Magistrate Elizabeth A. Stafford |

## SECOND STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the Scheduling Order, as amended, ECF Nos. 18, 20, PageID.102-103, 105-108, should be further amended as set forth in the attached proposed Second Order Amending Scheduling Order to allow the parties additional time to take discovery into the issues disputed in this matter, continue their meet-and-confer discussions regarding each other's written discovery responses and document productions, complete the taking of fact depositions, determine the necessity of expert witnesses and discovery, and discuss whether mediation would be beneficial after additional discovery occurs.

| | |
|---|---|
| Dated: April 24, 2023 | Respectfully submitted, |
| By: */s/ Matthew J. High* (with consent)<br>William S. Cook (P68934)<br>Matthew J. High (P82783)<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>17197 North Laurel Park Drive<br>Suite 201<br>Livonia, Michigan 48152<br>Tel: (313) 327-3100<br>Fax: (313) 327-3101<br>william.cook@wilsonelser.com<br>matthew.high@wilsonelser.com<br><br>*Attorneys for Kevron Investments, Inc.* | By: */s/ A. Lane Morrison*<br>William E. McDonald, III (P76709)<br>Moheeb H. Murray (P63893)<br>Mahde Y. Abdallah (P80121)<br>**BUSH SEYFERTH PLLC**<br>100 West Big Beaver Road<br>Suite 400<br>Troy, MI 48084<br>T/F: (248) 822-7800<br>mcdonald@bsplaw.com<br>murray@bsplaw.com<br>abdallah@bsplaw.com<br><br>A. Lane Morrison<br>**BUSH SEYFERTH PLLC**<br>5810 Wilson Road, Suite 125<br>Humble, TX 77396<br>T/F: (281) 930-6853<br>morrison@bsplaw.com<br><br>*Attorneys for United Wholesale Mortgage, LLC* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>KEVRON INVESTMENTS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-10395<br><br>Hon. Laurie J. Michelson<br><br>Magistrate Elizabeth A. Stafford |

## SECOND ORDER AMENDING SCHEDULING ORDER

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Scheduling Order, as amended, ECF Nos. 18, 20, is further amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Completed | May 9, 2023 | July 27, 2023 |
| Dispositive Motions Filed By | July 27, 2023 | July 27, 2023 |
| Challenges to Experts | July 27, 2023 | July 27, 2023 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) | TBD | TBD |
| Final Pretrial Conference | TBD | TBD |
| Jury Trial | TBD | TBD |
| Estimated Length of Trial | 1 week | 1 week |

**IT IS FURTHER ORDERED** that all other deadlines and obligations set forth in the Scheduling Order shall remain binding.

**SO ORDERED.**

Dated: April 25, 2023

                                             s/Laurie J. Michelson
                                             LAURIE J. MICHELSON
                                             UNITED STATES DISTRICT JUDGE