UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC

    Plaintiff,

vs.

KEVRON INVESTMENTS, INC,

    Defendant.

Case No.: 2:22-cv-10395

Hon. Laurie J. Michelson

| BUSH SEYFERTH PLLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| Moheeb H. Murray (P63893) | William S. Cook (P68934) |
| William E. McDonald, III (P76709) | Matthew J. High (P82783) |
| Mahde Y. Abdallah (P80121) | 17197 N. Laurel Park Drive, Suite 201 |
| 100 West Big Beaver Road | Livonia, Michigan 48152 |
| Suite 400 | 313.327.3100 p \| 313.327.3101 f |
| Troy, MI 48084 | william.cook@wilsonelser.com |
| (248) 822-7800 | matthew.high@wilsonelser.com |
| murray@bsplaw.com | *Attorneys for Defendant* |
| mcdonald@bsplaw.com | |
| abdallah@bsplaw.com | |
| *Attorneys for Plaintiff* | |

THIRD AMENDED SCHEDULING ORDER

    IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the Scheduling Order, as amended, ECF Nos. 18, 20, 31, should be further amended as set forth in the below proposed Third Amended

Scheduling Order to allow the parties to conduct additional documentary discovery in this matter, complete the taking of fact depositions, determine the necessity of expert witnesses and discovery, evaluate potential dispositive motions, and discuss whether mediation would be beneficial after additional discovery occurs.

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Scheduling order, as amended, ECF No. 31, is further amended as follows;

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Completed | July 27, 2023 | October 25, 2023 |
| Dispositive Motions Filed By | July 27, 2023 | October 25, 2023 |
| Challenges to Experts | July 27, 2023 | October 25, 2023 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) | TBD | TBD |
| Final Pretrial Conference | TBD | TBD |
| Jury Trial | TBD | TBD |
| Estimated Length of Trial | 1 week | 1 week |

**IT IS FURTHER ORDERED** that all other deadlines and obligations set forth in the Scheduling Order shall remain binding.

**SO ORDERED.**

Dated: July 18, 2023

                                         s/Laurie J. Michelson
                                         LAURIE J. MICHELSON
                                         UNITED STATES DISTRICT JUDGE