# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>KEVRON INVESTMENTS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-10395<br><br>Hon. Laurie J. Michelson<br><br>Magistrate Elizabeth A. Stafford |

## **STIPULATION TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the Scheduling Order, as amended by ECF Nos. 18, 20, and 32, should be further amended as set forth in the attached proposed Fourth Order Amending Scheduling Order to allow the parties additional time to take discovery into the issues disputed in this matter, complete the taking of fact depositions, determine the necessity of expert witnesses and discovery, conduct additional document discovery, evaluate potential dispositive motions, and discuss whether mediation would be beneficial after additional discovery occurs.

Dated: October 6, 2023

By: */s/ Matthew J. High* (with consent)
William S. Cook (P68934)
Matthew J. High (P82783)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
17197 North Laurel Park Drive
Suite 201
Livonia, Michigan 48152
Tel: (313) 327-3100
Fax: (313) 327-3101
william.cook@wilsonelser.com
matthew.high@wilsonelser.com

*Attorneys for Kevron Investments, Inc.*

Respectfully submitted,

By: */s/ Mahde Y. Abdallah*
William E. McDonald, III (P76709)
Moheeb H. Murray (P63893)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road
Suite 400
Troy, MI 48084
T/F: (248) 822-7800
mcdonald@bsplaw.com
murray@bsplaw.com
abdallah@bsplaw.com

A. Lane Morrison
**BUSH SEYFERTH PLLC**
5810 Wilson Road, Suite 125
Humble, TX 77396
T/F: (281) 930-6853
morrison@bsplaw.com

*Attorneys for United Wholesale Mortgage, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| UNITED WHOLESALE MORTGAGE, LLC, | Case No. 2:22-cv-10395 |
|---|---|
| *Plaintiff*, | Hon. Laurie J. Michelson |
| v. | Magistrate Elizabeth A. Stafford |
| KEVRON INVESTMENTS, INC., | |
| *Defendant*. | |

## FOURTH ORDER AMENDING SCHEDULING ORDER

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Scheduling Order, as amended, ECF Nos. 18, 20, and 32, is further amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Completed | October 25, 2023 | January 5, 2024 |
| Dispositive Motions Filed By | October 25, 2023 | January 5, 2024 |
| Challenges to Experts | October 25, 2023 | January 5, 2024 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) | TBD | TBD |
| Final Pretrial Conference | TBD | TBD |
| Jury Trial | TBD | TBD |

| Estimated Length of Trial | 1 week | 1 week |
|---|---|---|

**IT IS FURTHER ORDERED** that all other deadlines and obligations set forth in the Scheduling Order shall remain binding.

**SO ORDERED.**

Dated: October 6, 2023

s/Laurie J. Michelson<br>
LAURIE J. MICHELSON<br>
UNITED STATES DISTRICT JUDGE