UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC

    Plaintiff,

vs.

KEVRON INVESTMENTS, INC,

    Defendant.

Case No.: 2:22-cv-10395

Hon. Laurie J. Michelson

| BUSH SEYFERTH PLLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| Moheeb H. Murray (P63893) | William S. Cook (P68934) |
| William E. McDonald, III (P76709) | Matthew J. High (P82783) |
| Mahde Y. Abdallah (P80121) | 17197 N. Laurel Park Drive, Suite 201 |
| 100 West Big Beaver Road | Livonia, Michigan 48152 |
| Suite 400 | 313.327.3100 p \| 313.327.3101 f |
| Troy, MI 48084 | william.cook@wilsonelser.com |
| (248) 822-7800 | matthew.high@wilsonelser.com |
| murray@bsplaw.com | *Attorneys for Defendant* |
| mcdonald@bsplaw.com | |
| abdallah@bsplaw.com | |
| *Attorneys for Plaintiff* | |

AMENDED SCHEDULING ORDER

    IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the Scheduling Order, as amended, ECF Nos. 18, 20, 31, and 37 should be further amended as set forth in the below proposed Amended

Scheduling Order to allow the parties conduct documentary discovery in this matter, complete the taking of fact depositions out of state in California , determine the necessity of expert witnesses and discovery, evaluate potential dispositive motions, and discuss whether mediation would be beneficial after additional discovery occurs.

The scheduling of depositions has been further complicated because counsel for Kevron has a trial scheduled for January, which complicates the scheduling of in-person depositions of four witnesses in California. However, the parties are working diligently to schedule all facts depositions in February 2024.

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Scheduling order, as amended, ECF No. 37, is further amended as follows;

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Completed | January 5, 2024 | April 5, 2024 |
| Dispositive Motions Filed By | January 5, 2024 | April 5, 2024 |
| Challenges to Experts | January 5, 2024 | April 5, 2024 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) | TBD | TBD |
| Final Pretrial Conference | TBD | TBD |
| Jury Trial | TBD | TBD |
| Estimated Length of Trial | 1 week | 1 week |

**IT IS FURTHER ORDERED** that all other deadlines and obligations set forth in the Scheduling Order shall remain binding.

**SO ORDERED.**

Dated: November 28, 2023

s/Laurie J. Michelson<br>
LAURIE J. MICHELSON<br>
UNITED STATES DISTRICT JUDGE