# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC, *Plaintiff*, v. KEVRON INVESTMENTS, INC., *Defendant*. | Case No. 2:22-cv-10395<br><br>Hon. Laurie J. Michelson<br><br>Magistrate Elizabeth A. Stafford |

## **STIPULATION TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the Scheduling Order, as amended by ECF No. 38, should be further amended as set forth in the attached proposed Order Amending Scheduling Order to allow the parties additional time to complete fact-witness depositions on April 16-17, 2024 and May 1, 2024, determine the necessity of expert witnesses and discovery, and conduct additional document discovery, if necessary, before the filing of dispositive motions and the discussion of whether mediation would be beneficial after the fact-deposition discovery is completed.

Dated: March 19, 2024

By: */s/ Matthew J. High* (with consent)
William S. Cook (P68934)
Matthew J. High (P82783)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
17197 North Laurel Park Drive
Suite 201
Livonia, Michigan 48152
Tel: (313) 327-3100
Fax: (313) 327-3101
william.cook@wilsonelser.com
matthew.high@wilsonelser.com

*Attorneys for Kevron Investments, Inc.*

Respectfully submitted,

By: */s/ Mahde Y. Abdallah*
William E. McDonald, III (P76709)
Moheeb H. Murray (P63893)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road
Suite 400
Troy, MI 48084
T/F: (248) 822-7800
mcdonald@bsplaw.com
murray@bsplaw.com
abdallah@bsplaw.com

A. Lane Morrison
**BUSH SEYFERTH PLLC**
5810 Wilson Road, Suite 125
Humble, TX 77396
T/F: (281) 930-6853
morrison@bsplaw.com

*Attorneys for United Wholesale Mortgage, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>KEVRON INVESTMENTS, INC.,<br><br>　　*Defendant*. | Case No. 2:22-cv-10395<br><br>Hon. Laurie J. Michelson<br><br>Magistrate Elizabeth A. Stafford |

## ORDER AMENDING SCHEDULING ORDER

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Scheduling Order, as amended by ECF No. 38, is further amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Completed | April 5, 2024 | June 5, 2024 |
| Dispositive Motions Filed By | April 5, 2024 | June 5, 2024 |
| Challenges to Experts | April 5, 2024 | June 5, 2024 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) | TBD | TBD |
| Final Pretrial Conference | TBD | TBD |
| Jury Trial | TBD | TBD |
| Estimated Length of Trial | 1 week | 1 week |

**IT IS FURTHER ORDERED** that all other deadlines and obligations set forth in the Scheduling Order shall remain binding.

**SO ORDERED.**

Dated: March 20, 2024

                                                                s/Laurie J. Michelson
                                                                LAURIE J. MICHELSON
                                                                UNITED STATES DISTRICT JUDGE