# *EXHIBIT I*

| Broker ID | Company Name | Borrower Name | Loan Number | FICO | Loan Amount | Product | Loan Status | Import Date | Sub Date | Wire Date | Lock Date | Property Address | Property City | Property State | Property Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA5207 | Westlake Mortgage Group | | 1220220756 | 726 | 510400 | Conv Elite 30 Fixed | Funded | 4/16/2020 | 4/17/2020 | 5/15/2020 | 4/30/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220223482 | 753 | 355000 | Conv Elite 30 Fixed | Funded | 4/20/2020 | 4/21/2020 | 5/26/2020 | 4/27/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220230019 | 798 | 451200 | Conv Elite 30 Fixed | Funded | 4/27/2020 | 4/30/2020 | 5/26/2020 | 4/30/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220229830 | 767 | 723000 | Conquest Conv Elite HB 30 Year | Funded | 4/27/2020 | 5/4/2020 | 5/28/2020 | 5/14/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220297476 | 805 | 384000 | Conquest Conv Elite 30 Year | Funded | 5/29/2020 | 6/1/2020 | 6/24/2020 | 6/9/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220306783 | 776 | 488750 | Conquest Conv 30 Year Fixed | Funded | 6/2/2020 | 6/4/2020 | 6/25/2020 | 6/19/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220324720 | 791 | 465000 | Conquest Conv Elite 30 Year | Funded | 6/9/2020 | 6/10/2020 | 10/13/2020 | 7/16/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220343291 | 748 | 510400 | Conquest Conv Elite 30 Year | Funded | 6/16/2020 | 6/17/2020 | 7/20/2020 | 7/11/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220357401 | 799 | 330000 | Conquest Conv Elite 30 Year | Funded | 6/22/2020 | 6/23/2020 | 7/13/2020 | 6/25/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220357626 | 799 | 500000 | Conquest Conv Elite 30 Year | Funded | 6/22/2020 | 6/25/2020 | 7/20/2020 | 7/6/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220358270 | 739 | 250000 | Conv Elite 30 Fixed | Funded | 6/22/2020 | 6/25/2020 | 7/27/2020 | 6/26/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220367156 | 798 | 330000 | Conv Elite 30 Fixed | Funded | 6/25/2020 | 6/26/2020 | 7/14/2020 | 7/11/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220368874 | 773 | 340000 | Conquest Conv Elite 30 Year | Funded | 6/25/2020 | 7/7/2020 | 8/10/2020 | 7/15/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220376369 | 730 | 211500 | Conquest Conv Elite 30 Year | Funded | 6/29/2020 | 7/1/2020 | 8/13/2020 | 7/29/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220393620 | 793 | 345000 | Conquest Conv Elite 30 Year | Funded | 7/4/2020 | 7/20/2020 | 9/29/2020 | 9/18/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220445118 | 745 | 258500 | Conquest Conv Elite 30 Year | Funded | 7/20/2020 | 7/22/2020 | 8/21/2020 | 8/3/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220445295 | 782 | 356000 | Conv Elite 30 Fixed | Funded | 7/20/2020 | 7/21/2020 | 9/8/2020 | 8/26/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220481349 | 742 | 468000 | Conquest Conv Elite 30 Year | Funded | 7/29/2020 | 7/30/2020 | 9/23/2020 | 9/10/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220484666 | 707 | 400000 | Conquest Conv Elite 30 Year | Funded | 7/30/2020 | 7/31/2020 | 10/19/2020 | 10/2/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220494690 | 819 | 253000 | Conquest Conv Elite 15 Year | Funded | 8/3/2020 | 8/5/2020 | 9/2/2020 | 8/12/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220504255 | 726 | 339500 | Conv Elite 30 Fixed | Funded | 8/5/2020 | 8/5/2020 | 9/10/2020 | 8/17/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220519348 | 785 | 480000 | Conv Elite 30 Fixed | Funded | 8/10/2020 | 8/10/2020 | 9/10/2020 | 8/27/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220520273 | 732 | 400000 | Conv Elite 30 Fixed | Funded | 8/10/2020 | 8/11/2020 | 9/21/2020 | 9/9/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220537890 | 736 | 203000 | Conv Elite 30 Fixed | Funded | 8/17/2020 | 8/17/2020 | 10/26/2020 | 10/8/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220544886 | 767 | 278000 | Conquest Conv Elite 30 Year | Funded | 8/19/2020 | 8/19/2020 | 10/26/2020 | 10/8/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220560178 | 789 | 434000 | Conquest Conv Elite 30 Year | Funded | 8/25/2020 | 8/26/2020 | 9/28/2020 | 9/15/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220597689 | 804 | 401000 | Conquest Conv Elite 30 Year | Funded | 9/9/2020 | 9/10/2020 | 10/5/2020 | 9/22/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220597613 | 804 | 680000 | VA Elite Jumbo Conquest 30 Yr | Funded | 9/9/2020 | 9/11/2020 | 10/6/2020 | 9/14/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220611272 | 802 | 194000 | Conquest Conv Elite 15 Year | Funded | 9/14/2020 | 9/16/2020 | 10/26/2020 | 10/2/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220619117 | 761 | 365000 | Conquest Conv Elite 30 Year | Funded | 9/16/2020 | 9/16/2020 | 10/26/2020 | 10/8/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220618996 | 743 | 607000 | Conquest Conv HB 30 Year Fixed | Funded | 9/16/2020 | 9/17/2020 | 10/27/2020 | 10/8/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220619287 | 738 | 267000 | Conquest Conv Elite 15 Year | Funded | 9/16/2020 | 9/17/2020 | 10/9/2020 | 9/28/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220626996 | 820 | 300000 | Conquest Conv Elite 30 Year | Funded | 9/18/2020 | 9/18/2020 | 10/26/2020 | 10/2/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220627796 | 817 | 406000 | Conquest Conv Elite 30 Year | Funded | 9/18/2020 | 9/21/2020 | 10/26/2020 | 10/6/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220640844 | 715 | 384000 | Conquest Conv Elite 15 Year | Funded | 9/23/2020 | 9/24/2020 | 10/16/2020 | 9/28/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220642797 | 778 | 510000 | Conquest Conv Elite 30 Year | Funded | 9/23/2020 | 9/28/2020 | 10/21/2020 | 10/8/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220640610 | 695 | 299500 | Conquest Conv 30 Year Fixed | Funded | 9/23/2020 | 9/25/2020 | 11/9/2020 | 10/28/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220655116 | 735 | 504000 | Conquest Conv Elite 30 Year | Funded | 9/28/2020 | 9/29/2020 | 10/28/2020 | 10/8/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220666438 | 719 | 488000 | Conquest Conv Elite 30 Year | Funded | 10/1/2020 | 10/2/2020 | 10/26/2020 | 10/8/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220665756 | 689 | 375000 | Conquest Conv 30 Year Fixed | Funded | 10/1/2020 | 10/5/2020 | 10/30/2020 | 10/8/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220672896 | 789 | 472000 | Conquest Conv Elite 30 Year | Funded | 10/2/2020 | 10/6/2020 | 10/27/2020 | 10/19/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220677626 | 801 | 225000 | Conquest Conv Elite 30 Year | Funded | 10/5/2020 | 10/7/2020 | 11/4/2020 | 10/8/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220680109 | 789 | 267000 | Conquest Conv Elite 30 Year | Funded | 10/6/2020 | 10/8/2020 | 11/4/2020 | 10/8/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220700265 | 695 | 329000 | Conquest Conv 30 Year Fixed | Funded | 10/14/2020 | 10/14/2020 | 11/9/2020 | 10/28/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220707957 | 768 | 545000 | VA Elite Jumbo Conquest 30 Yr | Funded | 10/19/2020 | 10/19/2020 | 11/20/2020 | 11/14/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220713304 | 785 | 318600 | Conquest Conv 30 Year Fixed | Funded | 10/21/2020 | 10/22/2020 | 12/28/2020 | 12/17/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220753247 | 704 | 535000 | Conquest Conv Elite 30 Year | Funded | 11/2/2020 | 11/6/2020 | 1/4/2021 | 12/21/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220753378 | 775 | 407000 | Conquest Conv Elite 30 Year | Funded | 11/2/2020 | 11/3/2020 | 11/23/2020 | 11/6/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220784052 | 780 | 465000 | Conquest Conv Elite 30 Year | Funded | 11/12/2020 | 11/13/2020 | 12/4/2020 | 11/19/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220787291 | 788 | 510400 | Conquest Conv Elite 30 Year | Funded | 11/13/2020 | 11/16/2020 | 12/14/2020 | 12/1/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220790462 | 693 | 659000 | Conquest Conv HB 30 Year Fixed | Funded | 11/16/2020 | 11/17/2020 | 12/16/2020 | 12/3/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220794704 | 814 | 600000 | 30 Year Elite High Balance | Funded | 11/20/2020 | 11/27/2020 | 4/5/2021 | 3/22/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220810663 | 745 | 548000 | Conquest Conv Elite 30 Year | Funded | 11/20/2020 | 11/24/2020 | 1/13/2021 | 12/28/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220821164 | 813 | 478000 | Conquest Conv Elite 30 Year | Funded | 11/24/2020 | 11/25/2020 | 12/10/2020 | 12/1/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220826131 | 664 | 580000 | VA Elite Jumbo Conquest 30 Yr | Funded | 11/25/2020 | 12/1/2020 | 12/28/2020 | 12/14/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220834493 | 710 | 655000 | Conquest Conv Elite HB 30 Year | Funded | 11/30/2020 | 12/2/2020 | 12/28/2020 | 12/16/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220840351 | 786 | 450000 | Conv Elite 30 Fixed | Funded | 12/1/2020 | 12/1/2020 | 12/16/2020 | 12/8/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220872112 | 802 | 328000 | Conquest Conv Elite 30 Year | Funded | 12/10/2020 | 12/18/2020 | 1/7/2021 | 12/31/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220885095 | 786 | 333000 | Conquest Conv Elite 30 Year | Funded | 12/15/2020 | 12/17/2020 | 1/4/2021 | 12/22/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220905952 | 796 | 458000 | Conquest Conv Elite 30 Year | Funded | 12/21/2020 | 12/22/2020 | 1/11/2021 | 12/29/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220903625 | 666 | 346000 | Conquest Conv 30 Year Fixed | Funded | 12/21/2020 | 12/22/2020 | 1/8/2021 | 12/29/2020 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220919399 | 816 | 133400 | Conquest Conv Elite 15 Year | Funded | 12/24/2020 | 12/29/2020 | 1/25/2021 | 1/12/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1220933189 | 806 | 179000 | Conquest Conv Elite 30 Year | Funded | 12/31/2020 | 1/4/2021 | 1/21/2021 | 1/8/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221003882 | 737 | 533500 | Conquest Conv Elite 30 Year | Funded | 1/4/2021 | 1/5/2021 | 2/8/2021 | 1/28/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221006948 | 737 | 195000 | Conv Elite 30 Fixed | Funded | 1/5/2021 | 1/6/2021 | 2/4/2021 | 1/28/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221023678 | 776 | 239000 | Conquest Conv Elite 30 Year | Funded | 1/8/2021 | 1/11/2021 | 2/4/2021 | 1/14/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221027485 | 783 | 474000 | Conquest Conv Elite 30 Year | Funded | 1/11/2021 | 1/12/2021 | 2/11/2021 | 1/21/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221033215 | 716 | 560844 | VA Elite Jumbo Conquest 30 Yr | Funded | 1/12/2021 | 1/14/2021 | 1/28/2021 | 1/13/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221040539 | 776 | 700000 | Conquest Conv Elite HB 15 Year | Funded | 1/14/2021 | 1/15/2021 | 3/11/2021 | 2/27/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221044276 | 750 | 282000 | Conquest Conv Elite 15 Year | Funded | 1/15/2021 | 1/15/2021 | 1/29/2021 | 1/15/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221045549 | 788 | 279000 | Conv Elite 30 Fixed | Funded | 1/15/2021 | 1/18/2021 | 2/4/2021 | 1/27/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221053046 | 735 | 510400 | Conquest Conv Elite 30 Year | Funded | 1/19/2021 | 1/21/2021 | 2/10/2021 | 1/22/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221072537 | 822 | 223000 | Conquest Conv Elite 30 Year | Funded | 1/25/2021 | 1/26/2021 | 2/23/2021 | 2/9/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221087193 | 783 | 646000 | 30 Year Elite High Balance | Funded | 1/27/2021 | 1/28/2021 | 4/13/2021 | 3/31/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221105224 | 764 | 340000 | Conv Elite 20 Fixed | Funded | 1/29/2021 | 2/2/2021 | 6/7/2021 | 5/26/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221131300 | 792 | 498000 | Conv Elite 30 Fixed | Funded | 2/3/2021 | 2/9/2021 | 3/24/2021 | 3/16/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221131863 | 794 | 211600 | Conquest Conv Elite 30 Year | Funded | 2/3/2021 | 2/3/2021 | 3/2/2021 | 2/19/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221166838 | 804 | 504000 | Conv Elite 15 Year | Funded | 2/17/2021 | 2/18/2021 | 3/17/2021 | 2/25/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221168431 | 804 | 202000 | Conv Elite 15 Fixed | Funded | 2/17/2021 | 2/22/2021 | 3/17/2021 | 3/4/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221189359 | 737 | 385000 | Conv Elite 30 Fixed | Funded | 2/26/2021 | 2/26/2021 | 3/25/2021 | 3/4/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221243782 | 666 | 739450 | Conv HB 30 Year Fixed | Funded | 3/10/2021 | 3/11/2021 | 4/5/2021 | 3/5/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221254872 | 770 | 514000 | Conv Elite 30 Fixed | Funded | 3/12/2021 | 3/15/2021 | 4/12/2021 | 3/23/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221262415 | 729 | 431000 | Conv Elite 30 Fixed | Funded | 3/15/2021 | 3/15/2021 | 4/7/2021 | 3/16/2021 | | | | |
| CA5207 | Westlake Mortgage Group | | 1221266936 | 681 | 528500 | Conf Conv 30 Fixed | Funded | 3/16/2021 | 3/19/2021 | 4/12/2021 | 3/23/2021 | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UWM-Kevron 003467



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CA5207 | Westlake Mortgage Group | 1221311613 | | 809 | 767500 30 Year Elite High Balance | Funded | 3/26/2021 | 3/29/2021 | 5/5/2021 | 3/26/2021 |
| CA5207 | Westlake Mortgage Group | 1221321209 | | 801 | 177000 Conv Elite 30 Fixed | Funded | 3/29/2021 | 3/30/2021 | 5/6/2021 | 3/31/2021 |
| CA5207 | Westlake Mortgage Group | 1221320724 | | 685 | 150000 Conf Conv 15 Fixed | Funded | 3/29/2021 | 3/29/2021 | 4/12/2021 | 3/29/2021 |
| CA5207 | Westlake Mortgage Group | 1221324128 | | 777 | 528750 Conv Elite 30 Fixed | Funded | 3/30/2021 | 3/31/2021 | 4/26/2021 | 3/30/2021 |
| CA5207 | Westlake Mortgage Group | 1221337110 | | 787 | 288500 Conv Elite 30 Fixed | Funded | 4/2/2021 | 4/5/2021 | 5/3/2021 | 4/14/2021 |
| CA5207 | Westlake Mortgage Group | 1221358266 | | 765 | 178000 Conv Elite 30 Fixed | Funded | 4/7/2021 | 4/9/2021 | 5/6/2021 | 4/9/2021 |
| CA5207 | Westlake Mortgage Group | 1221358893 | | 706 | 225000 Conv Elite 15 Fixed | Funded | 4/7/2021 | 4/7/2021 | 4/20/2021 | 4/8/2021 |
| CA5207 | Westlake Mortgage Group | 1221360152 | | 794 | 327000 Conv Elite 15 Fixed | Funded | 4/7/2021 | 4/8/2021 | 4/21/2021 | 4/7/2021 |
| CA5207 | Westlake Mortgage Group | 1221369857 | | 798 | 560500 30 Year Elite High Balance | Funded | 4/8/2021 | 4/9/2021 | 5/10/2021 | 4/9/2021 |
| CA5207 | Westlake Mortgage Group | 1221374560 | | 779 | 355000 Conf Conv 30 Fixed | Funded | 4/9/2021 | 4/12/2021 | 5/4/2021 | 4/23/2021 |
| CA5207 | Westlake Mortgage Group | 1221420925 | | 809 | 433000 Conv Elite 30 Fixed | Funded | 4/16/2021 | 4/21/2021 | 5/5/2021 | 4/16/2021 |
| CA5207 | Westlake Mortgage Group | 1221447709 | | 814 | 390000 Conv Elite 15 Fixed | Funded | 4/23/2021 | 4/26/2021 | 6/9/2021 | 5/31/2021 |
| CA5207 | Westlake Mortgage Group | 1221504493 | | 748 | 1202900 Prime Jumbo 30 Year Fixed | Funded | 5/5/2021 | 5/11/2021 | 7/29/2021 | 6/8/2021 |
| CA5207 | Westlake Mortgage Group | 1221513599 | | 709 | 338000 Conv Elite 15 Fixed | Funded | 5/6/2021 | 5/7/2021 | 6/3/2021 | 5/6/2021 |
| CA5207 | Westlake Mortgage Group | 1221556885 | | 787 | 385000 Conv Elite 15 Fixed | Funded | 5/17/2021 | 5/18/2021 | 6/2/2021 | 5/25/2021 |
| CA5207 | Westlake Mortgage Group | 1221596278 | | 811 | 168000 Conv Elite 30 Fixed | Funded | 5/27/2021 | 5/28/2021 | 7/27/2021 | 7/14/2021 |
| CA5207 | Westlake Mortgage Group | 1221611970 | | 789 | 651000 Conv Elite 30 Fixed | Funded | 6/3/2021 | 6/3/2021 | 7/19/2021 | 7/8/2021 |
| CA5207 | Westlake Mortgage Group | 1221642142 | | 790 | 423500 Conv Elite 30 Fixed | Funded | 6/10/2021 | 6/10/2021 | 6/24/2021 | 6/10/2021 |
| CA5207 | Westlake Mortgage Group | 1221700161 | | 741 | 370450 Conv Elite 30 Fixed | Funded | 6/25/2021 | 7/1/2021 | 8/13/2021 | 7/16/2021 |
| CA5207 | Westlake Mortgage Group | 1221745247 | | 782 | 620000 30 Year Elite High Balance | Funded | 7/6/2021 | 7/8/2021 | 7/26/2021 | 7/6/2021 |
| CA5207 | Westlake Mortgage Group | 1221745389 | | 745 | 220000 Conv Elite 15 Fixed | Funded | 7/6/2021 | 7/7/2021 | 8/11/2021 | 7/6/2021 |
| CA5207 | Westlake Mortgage Group | 1221757597 | | 789 | 400000 Conv Elite 30 Fixed | Funded | 7/9/2021 | 7/12/2021 | 7/30/2021 | 7/13/2021 |
| CA5207 | Westlake Mortgage Group | 1221827228 | | 731 | 444500 Conv Elite 25 Fixed | Funded | 7/28/2021 | 7/29/2021 | 8/12/2021 | 8/1/2021 |
| CA5207 | Westlake Mortgage Group | 1221882891 | | 731 | 702050 Conv HB 30 Year Fixed | Funded | 8/11/2021 | 8/12/2021 | 9/7/2021 | 8/23/2021 |
| CA5207 | Westlake Mortgage Group | 1221943563 | | 736 | 232000 Conv Elite 30 Fixed | Funded | 8/27/2021 | 9/13/2021 | 10/25/2021 | 10/15/2021 |
| CA5207 | Westlake Mortgage Group | 1221944303 | | 743 | 461600 Conv Elite 30 Fixed | Funded | 8/27/2021 | 9/2/2021 | 10/28/2021 | 10/20/2021 |
| CA5207 | Westlake Mortgage Group | 1221953343 | | 731 | 430000 Conv Elite 30 Fixed | Funded | 8/31/2021 | 9/1/2021 | 9/16/2021 | 9/8/2021 |
| CA5207 | Westlake Mortgage Group | 1221982973 | | 741 | 630700 Conv HB 30 Year Fixed | Funded | 9/10/2021 | 9/13/2021 | 11/22/2021 | 11/9/2021 |
| CA5207 | Westlake Mortgage Group | 1321007754 | | 785 | 510000 Conv Elite 30 Fixed | Funded | 9/20/2021 | 9/20/2021 | 10/26/2021 | 10/15/2021 |
| CA5207 | Westlake Mortgage Group | 1321050023 | | 763 | 548000 Conv Elite 30 Fixed | Funded | 10/1/2021 | 10/4/2021 | 11/23/2021 | 11/4/2021 |
| CA5207 | Westlake Mortgage Group | 1321106928 | | 787 | 675750 Conv HB 30 Year Fixed | Funded | 10/20/2021 | 10/22/2021 | 11/12/2021 | 11/4/2021 |
| CA5207 | Westlake Mortgage Group | 1321143774 | | 655 | 240000 Conf Conv 30 Fixed | Funded | 11/2/2021 | 11/3/2021 | 12/20/2021 | 11/3/2021 |
| CA5207 | Westlake Mortgage Group | 1321147133 | | 804 | 900000 30 Year Elite High Balance | Funded | 11/3/2021 | 11/4/2021 | 12/6/2021 | 11/23/2021 |
| CA5207 | Westlake Mortgage Group | 1321155182 | | 724 | 410000 Conv Elite 30 Fixed | Funded | 11/5/2021 | 11/9/2021 | 12/7/2021 | 11/29/2021 |
| CA5207 | Westlake Mortgage Group | 1321257281 | | 796 | 430000 Conv Elite 15 Fixed | Funded | 12/14/2021 | 12/16/2021 | 1/6/2022 | 12/16/2021 |
| CA5207 | Westlake Mortgage Group | 1222028735 | | 751 | 190000 Conv Elite 25 Fixed | Funded | 1/12/2022 | 1/13/2022 | 1/31/2022 | 1/21/2022 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UWM-Kevron 003468



| Broker ID | Company Name | Loan Number | Borrower Name | FICO | Loan Amount | Product | Loan Status | Import Date | Sub Date | Wire Date | Lock Date | Property Address | Property City | Property State | Property Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA5207 | Westlake Mortgage Group | 1220218314 | [redacted] | 726 | 510400 | Conv Elite 30 Fixed | DeadImport | 4/14/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220243326 | [redacted] | 636 | 510000 | | DeadImport | 5/7/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220245368 | [redacted] | 788 | 270000 | Conv Elite 30 Fixed | DeadImport | 5/8/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220268783 | [redacted] | 753 | 396000 | Conquest Conv 30 Year Fixed | Withdrawn | 5/19/2020 | 5/21/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220277932 | [redacted] | 751 | 500000 | Conquest Conv Elite 30 Year | Withdrawn | 5/21/2020 | 5/26/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220282471 | [redacted] | 801 | 372000 | Conquest Conv Elite 30 Year | Withdrawn | 5/22/2020 | 5/27/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220282275 | [redacted] | 805 | 381000 | Conquest Conv Elite 30 Year | DeadImport | 5/22/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220287012 | [redacted] | 820 | 275000 | Conquest Conv Elite 15 Year | Incomplete | 5/26/2020 | 6/2/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220303844 | [redacted] | 809 | 593000 | Conquest Conv Elite HB 30 Year | DeadImport | 6/1/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220314055 | [redacted] | 803 | 552000 | 30 Year Elite High Balance | Incomplete | 6/4/2020 | 6/8/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220318693 | [redacted] | 729 | 338000 | Conv Elite 30 Fixed | DeadImport | 6/7/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220327204 | [redacted] | 798 | 330000 | Conv Elite 30 Fixed | DeadImport | 6/10/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220347076 | [redacted] | 788 | 475000 | Conquest Conv Elite 30 Year | AppNotAcpt | 6/17/2020 | 6/24/2020 | | 7/7/2020 | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220354107 | [redacted] | 808 | 245000 | Conv Elite 30 Fixed | DeadImport | 6/19/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220365174 | [redacted] | 798 | 311000 | | DeadImport | 6/24/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220365271 | [redacted] | 798 | 330000 | | DeadImport | 6/24/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220390384 | [redacted] | 741 | 705000 | Conquest Conv Elite HB 30 Year | Rejected | 7/2/2020 | 7/20/2020 | | 10/8/2020 | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220445539 | [redacted] | 806 | 450000 | Conquest Conv Elite 30 Year | Incomplete | 7/20/2020 | 7/23/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220480700 | [redacted] | 742 | 468000 | | DeadImport | 7/29/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220485616 | [redacted] | 770 | 196000 | Conquest Conv Elite 30 Year | Rejected | 7/30/2020 | 8/5/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220492731 | [redacted] | 698 | 445000 | | DeadImport | 8/2/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220512894 | [redacted] | 686 | 412000 | Conf Conv 30 Fixed | DeadImport | 8/7/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220572982 | [redacted] | 805 | 350000 | Conquest Conv Elite 30 Year | Withdrawn | 8/31/2020 | 9/3/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220588273 | [redacted] | 747 | 504000 | Conquest Conv 30 Year Fixed | Withdrawn | 9/4/2020 | 9/22/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220610835 | [redacted] | 722 | 326000 | Conquest Conv Elite 30 Year | Rejected | 9/14/2020 | 9/16/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220625452 | [redacted] | 782 | 360000 | Conv Elite 30 Fixed | Withdrawn | 9/17/2020 | 10/8/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220634581 | [redacted] | 750 | 269000 | Conquest Conv Elite 20 Year | DeadImport | 9/21/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220677475 | [redacted] | 807 | 309000 | Conquest Conv Elite 30 Year | Incomplete | 10/5/2020 | 10/6/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220675661 | [redacted] | 768 | 535000 | Conquest Conv Elite HB 30 Year | Withdrawn | 10/5/2020 | 10/6/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220712984 | [redacted] | 739 | 244000 | Conquest Conv Elite 30 Year | Incomplete | 10/21/2020 | 10/26/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220713393 | [redacted] | 739 | 495000 | Conquest Conv 30 Year Fixed | DeadImport | 10/21/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220786244 | [redacted] | 730 | 455000 | Conquest Conv Elite 30 Year | Withdrawn | 11/13/2020 | 11/13/2020 | | 11/19/2020 | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220800559 | [redacted] | 763 | 590000 | Conquest Conv Elite HB 30 Year | Rejected | 11/18/2020 | 11/20/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220803045 | [redacted] | 796 | 398000 | Conquest Conv Elite 30 Year | Withdrawn | 11/19/2020 | 11/19/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220809151 | [redacted] | 731 | 705000 | Conquest Conv Elite HB 30 Year | Incomplete | 11/20/2020 | 11/20/2020 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220846335 | [redacted] | 718 | 256500 | HomeReady 30 Yr Fixed | DeadImport | 12/2/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1220880467 | [redacted] | 676 | 543750 | Conquest Conv 30 Year Fixed | DeadImport | 12/14/2020 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221010743 | [redacted] | 624 | 271000 | | DeadImport | 1/6/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221023812 | [redacted] | 711 | 254000 | Conquest Conv Elite 30 Year | Rejected | 1/8/2021 | 1/11/2021 | | 1/26/2021 | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221029129 | [redacted] | 791 | 344000 | Conquest Conv Elite 30 Year | Incomplete | 1/11/2021 | 1/11/2021 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221029012 | [redacted] | 791 | 192000 | Conv Elite 15 Fixed | Incomplete | 1/11/2021 | 1/12/2021 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221045538 | [redacted] | 788 | 274000 | | DeadImport | 1/15/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221053291 | [redacted] | 769 | 407000 | Conv Elite 25 Fixed | DeadImport | 1/19/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221115374 | [redacted] | 786 | 304000 | Conquest Conv Elite 30 Year | DeadImport | 2/1/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221159022 | [redacted] | 719 | 441000 | Conquest Conv Elite 30 Year | DeadImport | 2/12/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221187789 | [redacted] | 777 | 495000 | Conv Elite 30 Fixed | Withdrawn | 2/25/2021 | 2/26/2021 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221189229 | [redacted] | 696 | 244000 | Conf Conv 30 Fixed | DeadImport | 2/26/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221214611 | [redacted] | 666 | 739450 | Conv HB 30 Year Fixed | DeadImport | 3/4/2021 | | | 3/5/2021 | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221306516 | [redacted] | 772 | 581250 | Conv Elite 30 Fixed | DeadImport | 3/25/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221308617 | [redacted] | 772 | 581250 | Conv Elite 30 Fixed | DeadImport | 3/26/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221374186 | [redacted] | 709 | 206000 | Conv Elite 30 Fixed | DeadImport | 4/9/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221376797 | [redacted] | 706 | 210000 | Conv Elite 30 Fixed | DeadImport | 4/9/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221603604 | [redacted] | 749 | 525000 | Conv Elite 30 Fixed | DeadImport | 5/31/2021 | | | 5/31/2021 | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221605654 | [redacted] | 749 | 545000 | VA Elite 30 Year Fixed | DeadImport | 6/1/2021 | | | 6/2/2021 | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221626670 | [redacted] | 757 | 1106250 | Prime Jumbo 30 Year Fixed | Rejected | 6/8/2021 | 6/9/2021 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221636868 | [redacted] | 709 | 505000 | Conv Elite 30 Fixed | DeadImport | 6/9/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221636871 | [redacted] | 709 | 204000 | | DeadImport | 6/9/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221715413 | [redacted] | 688 | 555750 | Home Possible HB 30 Yr Fixed | DeadImport | 6/29/2021 | | | 6/29/2021 | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221754095 | [redacted] | 807 | 682500 | | DeadImport | 7/8/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221755153 | [redacted] | 793 | 1200000 | Prime Jumbo Released 30Y Fixed | DeadImport | 7/8/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221770153 | [redacted] | 742 | 210000 | Conv Elite 30 Fixed | Incomplete | 7/13/2021 | 7/15/2021 | | 7/20/2021 | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1221883430 | [redacted] | 731 | 465000 | Conv Elite 30 Fixed | Rejected | 8/11/2021 | 8/12/2021 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1321062446 | [redacted] | 670 | 605537 | FHA 30 Yr Fx 100D | DeadImport | 10/5/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1321167360 | [redacted] | 761 | 366000 | Conv Elite 30 Fixed | Incomplete | 11/9/2021 | 11/10/2021 | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1321167849 | [redacted] | 751 | 778918 | Prime Jumbo 30 Year Fixed | DeadImport | 11/9/2021 | | | | [redacted] | | | |
| CA5207 | Westlake Mortgage Group | 1222025216 | [redacted] | 760 | 776000 | Conv HB 30 Year Fixed | Rejected | 1/11/2022 | 1/12/2022 | | 1/12/2022 | [redacted] | | | |