# *EXHIBIT K*





Renewal - Broker
kr@westlakemtg.com  (reset password)  (renewal for Westlake Mortgage Group)  (Contact/Name Revision)  ALL

Registered by: kr@westlakemtg.com on 10/13/2021 8:00:11 AM and last updated: 11/8/2021 10:09:46 AM.
E.S.A. acknowledged by: Kevin Rhatigan on

Assigned to AE: Ken Chapman

COMPLETE   RENEWAL COMPLETE/APPROVED

UWM-Kevron 000029