# *EXHIBIT L*

| # | Filename | Borrower | Loan Amt | Int Rate | Term | Lender | Loan Rep | Status | Date | Days |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 20210107000 | Jones, Ryan Christopher | 183,000 | 2.625 | 180 | Rocket Mortgage | Marjan Pirouz | Closed | 11/19/2021 | 51 |
| 53 | 20210107001 | Jones, Ryan Christopher | 333,510 | 2.750 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 09/14/2021 | 25 |
| 54 | 20210205000 | Gomez, Serafin | 246,000 | 2.990 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 04/21/2021 | 40 |
| 55 | 20210211000 | Nejad, Abdollah S | 318,000 | 3.190 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 03/30/2021 | 42 |
| 56 | 20210222000 | Mahdavi, Mina Vaez | 242,000 | 2.875 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 04/15/2021 | 34 |
| 57 | 20210514000 | Rastani, Gilda | 672,000 | 2.940 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 06/22/2021 | 35 |
| 58 | 20210518000 | Fraser, Benjamin Frank | 778,900 | 3.125 | 360 | Rocket Mortgage | Jaime R Arroyo | Closed | 01/10/2022 | 34 |
| 59 | 20210607002 | Meza, Jr, Daniel | 505,000 | 2.940 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 07/28/2021 | 49 |
| 60 | 20210607003 | Meza, Jr, Daniel | 210,000 | 3.250 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 09/23/2021 | 71 |
| 61 | 20210702000 | Gaur, Sanjeev K | 1,012,500 | 3.190 | 360 | Rocket Mortgage | Kevin Rhatigan | Closed | 08/13/2021 | 42 |
| 62 | 20210708001 | Demeter, Dan A | 356,500 | 1.990 | 180 | Rocket Mortgage | Marjan Pirouz | Closed | 08/12/2021 | 34 |
| 63 | 20210719000 | Seidel, Ronald L | 707,000 | 2.500 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 08/17/2021 | 29 |
| 64 | 20210721000 | DeRivera, Jimmy P | 153,500 | 2.940 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 08/19/2021 | 29 |
| 65 | 20210724000 | Miranda, Renato C | 302,500 | 2.750 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 08/24/2021 | 31 |
| 66 | 20210818000 | Melnik, Todd | 570,000 | 2.875 | 360 | Rocket Mortgage | Michelle M Borsotti | Closed | 12/08/2021 | 20 |
| 67 | 20210821000 | Castro, Edward | 250,000 | 2.990 | 360 | Rocket Mortgage | Jaime R Arroyo | Closed | 01/18/2022 | 20 |
| 68 | 20210828001 | Saffarian Toosi, Mojtaba Michael | 390,000 | 2.875 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 09/24/2021 | 25 |
| 69 | 20210910000 | Diaz Guillen, Francisco J | 225,000 | 2.125 | 180 | Rocket Mortgage | Jaime R Arroyo | Closed | 10/26/2021 | 43 |
| 70 | 20210912000 | Cortez, Adriana | 255,000 | 2.500 | 180 | Rocket Mortgage | Jaime R Arroyo | Closed | 10/26/2021 | 24 |
| 71 | 20030031 | Naqvi, Syed J | 366,000 | 2.750 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 11/30/2021 | 56 |
| 72 | 20211008000 | Owen, Tony | 643,000 | 3.250 | 360 | Rocket Mortgage | Kevin Rhatigan | Closed | 12/09/2021 | 62 |
| 73 | 20211026000 | Robles, Cristina V | 359,000 | 2.940 | 360 | Rocket Mortgage | Jaime R Arroyo | Closed | 11/29/2021 | 26 |
| 74 | 20211101000 | Blankenship, Tess | 345,000 | 2.875 | 264 | Rocket Mortgage | Kevin Rhatigan | Closed | 11/24/2021 | 23 |
| 75 | 20211119000 | Nava, Lucino | 300,000 | 2.875 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 12/10/2021 | 21 |
| 76 | 20211120000 | Gonzalez, Josephine | 249,000 | 3.875 | 360 | Rocket Mortgage | Jaime R Arroyo | Closed | 01/31/2022 | 24 |

| # | Filename | Borrower | Loan Amt | Int Rate | Term | Lender | Loan Rep | Status | Date | Days |
|---|---|---|---|---|---|---|---|---|---|---|
| 77 | 20211222000 | MATTI, SARIKA | 327,000 | 3.440 | 360 | Rocket Mortgage | Jaime R Arroyo | Closed | 01/20/2022 | 29 |
| 78 | 20211227000 | Cordos, Marsha Medina | 400,000 | 3.190 | 360 | Rocket Mortgage | Jaime R Arroyo | Closed | 01/20/2022 | 24 |
| 79 | 20220106000 | Spiewak, Samuel A | 486,000 | 3.125 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 02/07/2022 | 32 |
| 80 | 20220107000 | Rusk, Brian | 583,200 | 3.750 | 360 | Rocket Mortgage | Marjan Pirouz | Closed | 02/04/2022 | 25 |



EXHIBIT
10
Rhatigan
4-17-23

PENGAD 800-631-6989