# *EXHIBIT M*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,

              Plaintiff

vs.

KEVRON INVESTMENTS, INC.,

              Defendant

Case No. 2.22 –cv-10395
Hon. Laurie Jill Michelson

**DEFENDANT KEVRON INVESTMENTS, INC.'S SUPPLEMENTAL
RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION**

1.    Documents sufficient to identify the date, transaction type (e.g., refinance or resale), lender (either Rocket Mortgage or Fairway Independent Mortgage), loan officer NMLS ID, loan company NMLS ID, loan amount, mortgage loan type (e.g., conventional, FHA, or VA), borrower or applicant name(s) and address(es), and property address for the proposed loan of each mortgage loan or mortgage loan application that Kevron submitted to Rocket Mortgage or Fairway Independent Mortgage for review, underwriting, purchase, and/or funding since March 4, 2021.

*Objection*    Defendant objects to this request because it is overbroad and unduly

           burdensome.

1

*Response*        Please see attached.

*Supplemental Response* Kevron does not possess any additional documents related to this request beyond what's already been produced. Additionally, there is no duty to create a new document.


2.        All documents, including without limitation emails or electronic messages, between Kevron representatives relating to the Wholesale Broker Agreement.

*Objection*        Defendant objects to this request because it is overbroad and unduly burdensome. Defendant further objects because the request does not state a specific time frame for the conversation.

*Response*        Kevron does not possess any documents responsive to this request.


3.        All documents, including without limitation emails or electronic messages, between Kevron representatives relating to the All-In Addendum.

*Objection*        Defendant objects to this request because it is overbroad and unduly burdensome. Defendant further objects because the request does not state a specific time frame for the conversation.

*Response*        Kevron does not possess any documents responsive to this request.

277731433v.1

4.     All documents, including without limitation emails or electronic messages, between Kevron representatives and representatives of Rocket Mortgage or Fairway Independent Mortgage relating to the Wholesale Broker Agreement.

*Objection*     Defendant objects to this request because it is overbroad and unduly burdensome. Defendant further objects because the request does not state a specific time frame for the conversation. Defendant also objects to this request to the extent that it is not relevant to any claims and defenses and not proportional to the needs of the case.

*Response*     Kevron does not possess any pre-suit emails or electronic messages, between Kevron representatives and representatives of Rocket Mortgage or Fairway Independent Mortgage relating to the Wholesale Broker Agreement.

*Supplemental Response*   See Exhibit 1

5.     All documents, including without limitation emails or electronic messages, between Kevron representatives and representatives of Rocket Mortgage or Fairway Independent Mortgage relating to the All-In Addendum.

*Objection*     Defendant objects to this request because it is overbroad and unduly burdensome. Defendant further objects because the request does not state a specific time frame for the conversation. Defendant also objects

3

to this request to the extent that it is not relevant to any claims and
defenses and not proportional to the needs of the case.

*Response*      Kevron does not possess any pre-suit emails or electronic messages,
between Kevron representatives and representatives of Rocket
Mortgage or Fairway Independent Mortgage relating to the All-In
Addendum.

*Supplemental Response* See Exhibit 1

6.      All documents, including without limitation emails or electronic
messages, between Kevron representatives and representatives of Rocket Mortgage
or Fairway Independent Mortgage relating to any potential claim by or liability to
UWM arising out of the submission of mortgage loans or mortgage loan applications
to Rocket Mortgage or Fairway Independent Mortgage.

*Objection*     Defendant objects to this request because it is overbroad and unduly
burdensome. Defendant further objects because the request does not
state a specific time frame for the conversation. Defendant also objects
to this request to the extent that it is not relevant to any claims and
defenses and not proportional to the needs of the case.

*Response*      Kevron does not possess any pre-suit emails or electronic messages,
between Kevron representatives and representatives of Rocket
Mortgage or Fairway Independent Mortgage relating to any potential

4

claim by or liability to UWM arising out of the submission of mortgage loans or mortgage loan applications to Rocket Mortgage or Fairway Independent Mortgage.

*Supplemental Response* See Exhibit 1

7.      All documents relating to Kevron's agreement to the Wholesale Broker Agreement, including any amendments thereto.

*Objection*      Defendant objects to this request because it is overbroad and unduly burdensome. This request is also vague in its use of the phrase "relating to."

*Supplemental Response* Kevron does not possess any responsive documents.

8.      All documents relating to Kevron's purported rejection to the Wholesale Broker Agreement, including any amendments thereto.

*Objection*      Defendant objects to this request because it is overbroad and unduly burdensome. This request is also vague in its use of the phrase "relating to."

*Supplemental Response*   Kevron does not possess any responsive documents.

9.      All documents, including without limitation emails or electronic messages, between Kevron representatives and any independent mortgage broker or non-delegated correspondent lender relating to the All-In Addendum.

*Objection*      Defendant objects to this request because it is overbroad and unduly burdensome. Defendant further objects because the request does not state a specific time frame for the conversation. Defendant also objects to this request to the extent that it is not relevant to any claims and defenses and not proportional to the needs of the case.

*Supplemental Response*   Kevron does not possess any responsive documents.

10.      A copy of any common-interest agreement or joint-defense agreement you entered into in connection with this Action.

*Objection*      Defendant objects to this request because it is not relevant to any claims and defenses and not proportional to the needs of the case. Defendant further objects because the request is subject to attorney-client privilege.

*Supplemental Response*   Kevron does not possess any responsive documents.

11.      Any document that you reviewed, referenced, or relied upon in answering any interrogatory.

277731433v.1

*Objection*    Defendant objects to this request because it is overbroad and unduly burdensome.

*Supplemental Response* Kevron has produced responsive documents, and will produce its supplement which is Exhibit 1. UWM also possess document that Kevron relied on like the Wholesale Broker Agreement.

12.    All documents evidencing, supporting, or relating to any defense asserted by you in this Action.

*Objection*    Defendant objects to this request because it is overbroad and unduly burdensome.

*Supplemental Response* Kevron has produced responsive documents, and will produce its supplement which is Exhibit 1. UWM also possess document that Kevron relied on like the Wholesale Broker Agreement.

13.    All documents that you intend to rely on at trial or introduce into evidence at trial.

*Objection*    Defendant objects to this interrogatory because it is overbroad and unduly burdensome. Defendants also object to this request because it is premature.

*Response*    Kevron may rely on the contract and addendum, which are already in UWM's possession.

7

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: /s/ Matthew J. High
    William S. Cook (P68934)
    Matthew J. High (P82783)
    17197 N. Laurel Park Drive, Ste. 201
    Livonia, Michigan 48152
    313.327.3100
    William.cook@wilsonselser.com
    Matthew.high@wilsonelser.com
    *Attorneys for defendants*

## PROOF OF SERVICE

The undersigned certifies that on December 20, 2022, she served a copy of the foregoing document upon all counsel of record, via:

☐ First Class Mail ☐ Hand Delivery
☐ Facsimile      ☐ Overnight Courier
☒ Email         ☐ MiFile EService

    */s/ Tricia C. Waynick*
    Tricia C. Waynick

277731433v.1

# EXHIBIT 1

**Subject:** FW: Broker Application

**[EXTERNAL EMAIL]**

**From:** Kevin Rhatigan
**Sent:** Thursday, February 24, 2022 2:28 PM
**To:** Jennifer Boyd <jenny.boyd@FairwayWholesaleLending.com>; Josh Burkett <josh.burkett@FairwayWholesaleLending.com>
**Subject:** RE: Broker Application

Thank you. I will get on it as soon as I can.

**From:** Jennifer Boyd <jenny.boyd@FairwayWholesaleLending.com>
**Sent:** Thursday, February 24, 2022 2:21 PM
**To:** Josh Burkett <josh.burkett@FairwayWholesaleLending.com>
**Cc:** Kevin Rhatigan <kr@westlakemtg.com>
**Subject:** RE: Broker Application

You bet!
Kevin – I just sent the broker package to you through Docusign.

Thanks,

1



**Jenny Boyd**

Wholesale Client Liaison

Direct 331-775-7405
jenny.boyd@fairwaywholesalelending.com
www.fairwaywholesalelending.com

Like & Follow Us on Social Media

 

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of **Fairway Independent Mortgage Corporation NMLS #2289** or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

**From:** Josh Burkett <josh.burkett@FairwayWholesaleLending.com>
**Sent:** Thursday, February 24, 2022 4:10 PM
**To:** Jennifer Boyd <jenny.boyd@FairwayWholesaleLending.com>
**Cc:** Kevin Rhatigan <kr@westlakemtg.com>
**Subject:** Broker Application

Jenny- can you please send Kevin a broker application- he is interested in setting up with Fairway.

Thanks!



**Josh Burkett**
Regional Account Manager
NMLS# 2289

160 Main Street, Suite 240
Birmingham, AL 35244

Mobile: **251-802-5315**
**Josh.burkett@fairwaywholesalelending.com**



Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Fairway Independent Mortgage Corporation NMLS #2289 or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or

transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession. AL License Number 2289.



**Subject:**                    FW: Rocket Pro TPO Contact Information

**[EXTERNAL EMAIL]**

---

**From:** Yatooma, Paul <PaulYatooma@rocketmortgage.com>
**Sent:** Friday, February 25, 2022 9:11 AM
**To:** Kevin Rhatigan <kr@westlakemtg.com>
**Subject:** Rocket Pro TPO Contact Information

Hello Kevin

Thanks for taking the time to speak with me today.

My contact info is below. Feel free to email me or call my cell at any time – 248-890-7285.

Please keep the lines of communication open

As promised here is the list of clients that have closed with us since March 2021.

| Close Month ↑ | Loan Purpose ↑ | Account Name | Loan # & Docs | Opportunity Name |
|---|---|---|---|---|
| March 2021 (1) | Refinance (1) | Kevron Investments, Inc | 3473186153 | ABDOLLAH NEJAD |
| April 2021 (2) | Refinance (2) | Kevron Investments, Inc | 3474967413 | SERAFIN GOMEZ |
| | | Kevron Investments, Inc | 3474973848 | MINA MAHDAVI |
| June 2021 (1) | Refinance (1) | Kevron Investments, Inc | 3479637714 | Gilda Rastani |
| July 2021 (1) | Refinance (1) | Kevron Investments, Inc | 3481119841 | DANIEL MEZA JR |
| August 2021 (5) | Purchase (1) | Kevron Investments, Inc | 3482853932 | SANJEEV GAUR |
| | Refinance (4) | Kevron Investments, Inc | 3483140477 | Dan Demeter |
| | | Kevron Investments, Inc | 3483954787 | Ronald Seidel |
| | | Kevron Investments, Inc | 3484076609 | Jimmy Derivera |
| | | Kevron Investments, Inc | 3484395723 | Renato Miranda |
| September 2021 (3) | Refinance (3) | Kevron Investments, Inc | 3486442364 | Ryan Jones |
| | | Kevron Investments, Inc | 3486967904 | Mojtaba Saffarian Toosi |
| | | Kevron Investments, Inc | 3487494727 | Brian Rusk |
| October 2021 (2) | Refinance (2) | Kevron Investments, Inc | 3487971580 | ADRIANA CORTEZ |
| | | Kevron Investments, Inc | 3488058358 | FRANCISCO DIAZ GUILLEN |
| November 2021 (5) | Refinance (5) | Kevron Investments, Inc | 3489334970 | RYAN JONES |
| | | Kevron Investments, Inc | 3489686534 | SYED NAQVI |
| | | Kevron Investments, Inc | 3490072514 | RICARDO REYNAGA |
| | | Kevron Investments, Inc | 3491575910 | TESS BLANKENSHIP |
| | | Kevron Investments, Inc | 3491786236 | CRISTINA ROBLES |
| December 2021 (3) | Refinance (3) | Kevron Investments, Inc | 3491344865 | ANTHONY OWEN |
| | | Kevron Investments, Inc | 3492810345 | TODD MELNIK |
| | | Kevron Investments, Inc | 3492931888 | LUCINO NAVA |
| January 2022 (6) | Purchase (1) | Kevron Investments, Inc | 3494101044 | Benjamin Fraser |
| | Refinance (5) | Kevron Investments, Inc | 3495336949 | SARIKA MAITI |
| | | Kevron Investments, Inc | 3495554682 | Marsha Cordes |
| | | Kevron Investments, Inc | 3495863039 | Edward Castro |
| | | Kevron Investments, Inc | 3496627259 | SAMUEL SPIEWAK |
| | | Kevron Investments, Inc | 3496659283 | JOSEPHINE GONZALEZ |



**Paul Yatooma**
Vice President, Sales
D: (313) 751-9531 | C: (248) 890-7285

