# *EXHIBIT N*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>KEVRON INVESTMENTS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-10395<br><br>Hon. Laurie J. Michelson<br>Mag. Elizabeth A. Stafford |

## DECLARATION OF MOHEEB H. MURRAY

I, Moheeb H. Murray, pursuant to 28 U.S.C. § 1746, an attorney duly licensed to practice law in the State of Michigan, hereby declare as follows:

1. I am an attorney at the law firm of Bush Seyferth PLLC ("Bush Seyferth"), which represents Plaintiff, United Wholesale Mortgage, LLC ("UWM") in the above-styled action.

2. I make this Declaration on the basis of personal knowledge of the matters set forth herein, and I am competent to testify to same.

3. I am familiar with the file in the above-styled action and the pleadings and other papers filed herein. This Declaration is submitted in support of UWM's Motion for Summary Judgment, which includes a request for the award of attorney's

1

fees as part of the contractual damages suffered by UWM due to Defendant Kevron Investments, Inc.'s ("Kevron") breach of the parties' Wholesale Broker Agreement.

4. I am familiar with the timekeeping records kept and maintained by Bush Seyferth attorneys and paralegals with respect to the time expended and tasks performed by them on the firm's client matters. Bush Seyferth keeps these timekeeping records as part of its regular practice of law and in the regular course of business. All such records are made at or near the time of the act or events described, by or from information transmitted by a person with knowledge.

5. I follow Bush Seyferth's timekeeping procedures, which require attorneys and paralegals to record their daily time spent on each matter worked on. I personally enter my time into a computerized timekeeping program or on occasion have my assistant input my time under my direction based on time records I provide to her. The program also keeps track of my time entries. At the end of the month, an invoice is generated, which I or my law partner, William McDonald, who is also involved in this case, reviews. And once the time entries and expenses have been verified for accuracy and completeness, the invoice is sent to the client for payment.

6. During the time I have represented UWM in this matter, all of my own timekeeping records were kept and maintained in accordance with the above-described process. It is my understanding that the time records of all other attorneys and/or paralegals involved in this case were kept and maintained in the same manner.

7. I have personally reviewed the time records relating to Bush Seyferth's representation of UWM relating to its enforcement of the Wholesale Broker Agreement against Kevron.

8. UWM has incurred legal fees and costs in connection with enforcing its rights under the Wholesale Broker Agreement, as amended by the All-In Addendum, between UWM and Kevron.

9. Based on my review of Bush Seyferth's records, I certify that the sum of the fees for legal services Bush Seyferth provided to UWM and the costs incurred during the course of its representation of UWM, from February 1, 2022 through April 30, 2024 (the latest date for which billing is complete), amounts to $182,110.46.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2024

_____
Moheeb H. Murray