# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>KEVRON INVESTMENTS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-10395<br><br>Hon. Laurie J. Michelson<br><br>Magistrate Elizabeth A. Stafford |

## STIPULATION TO EXTEND TIME TO FILE RESPONSE BRIEFS TO PENDING MOTIONS FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, to afford each party additional time to brief the issues in the pending motions for summary judgment, ECF Nos. 40 and 41, and to accommodate counsel for the parties' schedule and workloads, that each party's deadline to respond to the opposing party's pending motion for summary judgment is extended from June 26, 2024 to July 10, 2024.

| | |
|---|---|
| Dated: June 21, 2024 | Respectfully submitted, |
| By: */s/ Matthew J. High* (with consent)<br>William S. Cook (P68934)<br>Matthew J. High (P82783)<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>17197 North Laurel Park Drive<br>Suite 201<br>Livonia, Michigan 48152<br>Tel: (313) 327-3100<br>Fax: (313) 327-3101<br>william.cook@wilsonelser.com<br>matthew.high@wilsonelser.com<br><br>*Attorneys for Kevron Investments, Inc.* | By: */s/ Mahde Y. Abdallah*<br>William E. McDonald, III (P76709)<br>Moheeb H. Murray (P63893)<br>Mahde Y. Abdallah (P80121)<br>**BUSH SEYFERTH PLLC**<br>100 West Big Beaver Road<br>Suite 400<br>Troy, MI 48084<br>T/F: (248) 822-7800<br>mcdonald@bsplaw.com<br>murray@bsplaw.com<br>abdallah@bsplaw.com<br><br>A. Lane Morrison<br>**BUSH SEYFERTH PLLC**<br>5810 Wilson Road, Suite 125<br>Humble, TX 77396<br>T/F: (281) 930-6853<br>morrison@bsplaw.com<br><br>*Attorneys for United Wholesale Mortgage, LLC* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>KEVRON INVESTMENTS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-10395<br><br>Hon. Laurie J. Michelson<br><br>Magistrate Elizabeth A. Stafford |

### ORDER EXTENDING TIME TO FILE RESPONSE BRIEFS TO PENDING MOTIONS FOR SUMMARY JUDGMENT

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises; **IT IS HEREBY ORDERED** that each party's deadline to respond to the opposing party's pending motion for summary judgment, ECF Nos. 40 and 41, is extended from June 26, 2024, to July 10, 2024.

**SO ORDERED.**

Dated: June 24, 2024

                    s/Laurie J. Michelson
                    LAURIE J. MICHELSON
                    UNITED STATES DISTRICT JUDGE