## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC, | Case No. 2:22-cv-10395 |
| *Plaintiff*, | Hon. Laurie J. Michelson |
| v. | Magistrate Elizabeth A. Stafford |
| KEVRON INVESTMENTS, INC., | |
| *Defendant*. | |

### STIPULATION GRANTING LEAVE TO EXCEED PAGE LIMITATIONS AND TO EXTEND TIME TO FILE REPLY BRIEFS SUPPORTING PENDING MOTIONS FOR SUMMARY JUDGMENT

The parties, through their undersigned counsel, stipulate and agree as follows:

1.     Each party is granted leave to file a reply brief supporting its motion for summary judgment that does not exceed 10 pages in length, including footnotes and signatures. Plaintiff United Wholesale Mortgage, LLC ("UWM") requests excess pages for its reply brief because Defendant Kevron Investments, Inc.'s ("Kevron") response to UWM's motion for summary judgment incorporated by reference the 4.5-page statement of facts in Kevron's affirmative motion for summary judgment while still utilizing the entire 25-page limit. *See* ECF No. 44, Kevron's Resp. to MSJ at PageID.1475; *see also* ECF No. 41, Kevron's MSJ at PageID.959-963. Kevron requests excess pages for its reply brief to be afforded the same number of pages that UWM may be permitted by the Court.

2.     Each party's deadline to file a reply brief supporting its motion for summary judgment is extended to July 31, 2024. The parties request additional time to brief the issues in the pending motions for summary judgment to accommodate counsel for the parties' schedule and workloads.

Dated: July 15, 2024

Respectfully submitted,

By: */s/ William S. Cook* (with consent)
William S. Cook (P68934)
Matthew J. High (P82783)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
17197 North Laurel Park Drive
Suite 201
Livonia, Michigan 48152
Tel: (313) 327-3100
Fax: (313) 327-3101
william.cook@wilsonelser.com
matthew.high@wilsonelser.com

*Attorneys for Kevron Investments, Inc.*

By: */s/ Mahde Y. Abdallah*
William E. McDonald, III (P76709)
Moheeb H. Murray (P63893)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road
Suite 400
Troy, MI 48084
T/F: (248) 822-7800
mcdonald@bsplaw.com
murray@bsplaw.com
abdallah@bsplaw.com

A. Lane Morrison
**BUSH SEYFERTH PLLC**
5810 Wilson Road, Suite 125
Humble, TX 77396
T/F: (281) 930-6853
morrison@bsplaw.com

*Attorneys for United Wholesale Mortgage, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,

     *Plaintiff*,

v.

KEVRON INVESTMENTS, INC.,

     *Defendant*.

Case No. 2:22-cv-10395

Hon. Laurie J. Michelson

Magistrate Elizabeth A. Stafford

## ORDER GRANTING LEAVE TO EXCEED PAGE LIMITATIONS AND TO EXTEND TIME TO FILE REPLY BRIEFS SUPPORTING <u>PENDING MOTIONS FOR SUMMARY JUDGMENT</u>

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that each party is granted leave to file a reply brief supporting its motion for summary judgment that does not exceed 10 pages in length, including footnotes and signatures.

**IT IS FURTHER ORDERED** that each party's deadline to file a reply brief supporting its motion for summary judgment is extended to July 31, 2024.

**SO ORDERED.**

Dated: July 16, 2024

       s/Laurie J. Michelson
       LAURIE J. MICHELSON
       UNITED STATES DISTRICT JUDGE