UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC

   Plaintiff,

vs.

KEVRON INVESTMENTS, INC,

   Defendant.

Case No.: 2:22-cv-10395

Hon. Laurie J. Michelson

| | |
|---|---|
| BUSH SEYFERTH PLLC<br>William E. McDonald, III (P76709)<br>Moheem Murray (P<br>Mahde Y. Abdallah (P80121)<br>100 West Big Beaver Road<br>Suite 400<br>Troy, MI 48084<br>(248) 822-7800<br>mcdonald@bsplaw.com<br>abdallah@bsplaw.com<br>*Attorneys for Plaintiff* | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>William S. Cook (P68934)<br>Matthew J. High (P82783)<br>17197 N. Laurel Park Drive, Suite 201<br>Livonia, Michigan 48152<br>313.327.3100 p \| 313.327.3101 f<br>william.cook@wilsonelser.com<br>matthew.high@wilsonelser.com<br>*Attorneys for Defendant* |

## WITHDRAWAL OF COUNSEL

Attorney Matthew High, while working for the law firm Wilson Elser Moskowitz Edelman & Dicker, LLP (Wilson Elser), filed an appearance for defendant Kevron Investments, Inc. (Docket No.7) Matthew High has since left

1

Wilson Elser, and this file will now be handled by William S. Cook of Wilson Elser who has already filed an appearance (Docket No. 6). For these reasons, he asks that this court enter the order below withdrawing his appearance as counsel for defendant Kevron Investments, Inc.

Stipulated by:

/s/ Matthew High w/permission)
Matthew High (P82783)

ORDER

Based on the stipulation above, the court orders that Matthew High's appearance and representation of defendant Kevron Investments Inc. is withdrawn, Matthew High shall also be removed from e-filing and e-service.

IT IS SO ORDERED.

Dated: May 2, 2025            s/Laurie J. Michelson
                                             LAURIE J. MICHELSON
                                             United States District Court Judge