UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,

    Plaintiff,

vs.

KEVRON INVESTMENTS, INC,

    Defendant.

Case No.: 2:22-cv-10395

Hon. Laurie J. Michelson

| BUSH SEYFERTH PLLC | WILSON ELSER MOSKOWITZ |
|---|---|
| William E. McDonald, III (P76709) | EDELMAN & DICKER LLP |
| Mahde Y. Abdallah (P80121) | William S. Cook (P68934) |
| 100 West Big Beaver Rd, Suite 400 | Benjamin A. Demsky (P81055) |
| Troy, MI 48084 | 17197 N. Laurel Park Drive, Suite 201 |
| (248) 822-7800 | Livonia, Michigan 48152 |
| mcdonald@bsplaw.com | (313) 327-3100/(313) 327-3101 – Fax |
| abdallah@bsplaw.com | william.cook@wilsonelser.com |
| *Attorneys for Plaintiff* | ben.demsky@wilsonelser.com |
| | *Attorneys for Defendant* |

## APPEARANCE

TO: Counsel of Record
    Clerk of the Court

    PLEASE ENTER THE APPEARANCE of Benjamin A. Demsky of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP on behalf of Defendant Kevron Investments, Inc., in the above cause of action.

320632875v.2

WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP

Dated: September 19, 2025  By: /s/ *Benjamin A. Demsky*
William S. Cook (P68934)
Benjamin A. Demsky (P81055)
17197 N. Laurel Park Drive, Ste 201
Livonia, Michigan 48152
313.327.3100
william.cook@wilsonelser.com
ben.demsky@wilsonelser.com
*Attorneys for Defendant*

## Certificate of Service

The undersigned certifies that on September 19, 2025 this document was electronically filed with the Clerk of the Court using the CM/ECF system.

*/s/ Karen Rosenberg*
Karen Rosenberg

2

320632875v.2