UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,

    Plaintiff,

vs.

KEVRON INVESTMENTS, INC,

    Defendant.

Case No.: 2:22-cv-10395

Hon. Laurie J. Michelson

| BUSH SEYFERTH PLLC | WILSON ELSER MOSKOWITZ |
|---|---|
| William E. McDonald, III (P76709) | EDELMAN & DICKER LLP |
| Mahde Y. Abdallah (P80121) | William S. Cook (P68934) |
| 100 West Big Beaver Rd, Suite 400 | Benjamin A. Demsky (P81055) |
| Troy, MI 48084 | 17197 N. Laurel Park Drive, Suite 201 |
| (248) 822-7800 | Livonia, Michigan 48152 |
| mcdonald@bsplaw.com | (313) 327-3100/(313) 327-3101 – Fax |
| abdallah@bsplaw.com | william.cook@wilsonelser.com |
| *Attorneys for Plaintiff* | ben.demsky@wilsonelser.com |
| | *Attorneys for Defendant* |

MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANT KEVRON INVESTMENTS, INC.

    1.    William S. Cook, Benjamin A. Demsky, and Wilson Elser Moskowitz Edelman & Dicker LLP are seeking the court's permission to withdraw as counsel for defendant Kevron Investments, Inc.

    2.    William S. Cook, Benjamin A. Demsky, and Wilson Elser Moskowitz Edelman & Dicker LLP represent the interests of defendant Kevron Investments,

Inc. in this lawsuit.

3. There has been a breakdown in the attorney-client relationship.

4. William S. Cook, Benjamin A. Demsky, and Wilson Elser Moskowitz Edelman & Dicker LLP seek to withdraw as counsel for defendant Kevron Investments, Inc.

5. If this court issues an order requiring William S. Cook, Benjamin A. Demsky, and Wilson Elser Moskowitz Edelman & Dicker LLP to reveal confidences or secrets concerning the requested withdrawal, then additional information can be provided, but at this stage the duty of confidentiality prevents any further discussion of the reasons and bases for the request to withdraw in this motion.

6. Defendant's counsel has discussed this withdrawal with Kevron Investment, Inc.'s representative several times, including most recently on October 7, 2025. Kevron's representative was therefore given notice that this motion would be filed and that William S. Cook, Benjamin A. Demsky, and Wilson Elser Moskowitz Edelman & Dicker LLP cannot withdraw as counsel for defendant Kevron Investments, Inc. without this court's permission.

7. The current deadlines in this lawsuit include:

   a. Motions in *Limine* deadline of November 10, 2025

   b. Responses to Motions *in Limine* due by November 17, 2025

   c. Joint Proposed Final Pretrial Order due by December 5, 2025

   d. Final Pretrial Conference on December 12, 2025 at 10:00 a.m.

   e. Jury Trial on December 17, 2025 at 8:30 a.m.

(**Exhibit A, Trial Scheduling Order**).

8. While the undersigned counsel recognizes that trial is approaching, there has been a breakdown in the attorney-client relationship such that the undersigned counsel can no longer represent defendant Kevron Investment, Inc. at the pre-trial proceedings and at trial.

9. A proposed order granting the relief requested by William S. Cook, Benjamin A. Demsky, and Wilson Elser Moskowitz Edelman & Dicker LLP is attached as **Exhibit B.**

For appropriate reasons, William S. Cook, Benjamin A. Demsky, and Wilson Elser Moskowitz Edelman & Dicker LLP request that this court grant their motion to withdraw as counsel for defendant Kevron Investments, Inc.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

Dated: October 7, 2025    By: /s/ *Benjamin A. Demsky*
William S. Cook (P68934)
Benjamin A. Demsky (P81055)
17197 N. Laurel Park Drive, Ste 201
Livonia, Michigan 48152
313.327.3100
william.cook@wilsonelser.com
ben.demsky@wilsonelser.com
*Attorneys for Defendant*

Certificate of Service

The undersigned certifies that on October 7, 2025 this document was electronically filed with the Clerk of the Court using the CM/ECF system.

/s/ *Karen Rosenberg*
Karen Rosenberg