<u>**INDEX OF EXHIBITS**</u>

Exhibit A ..................................................................... Trial Scheduling Order

Exhibit B ................................ Order Granting Motion to Withdraw as Counsel
                                                                  For Defendant Kevron Investments, Inc.