# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,

      Plaintiff,

vs.

KEVRON INVESTMENTS, INC,

      Defendant.

Case No.: 2:22-cv-10395

Hon. Laurie J. Michelson

| BUSH SEYFERTH PLLC | WILSON ELSER MOSKOWITZ |
|---|---|
| William E. McDonald, III (P76709) |   EDELMAN & DICKER LLP |
| Mahde Y. Abdallah (P80121) | William S. Cook (P68934) |
| 100 West Big Beaver Rd, Suite 400 | Benjamin A. Demsky (P81055) |
| Troy, MI 48084 | 17197 N. Laurel Park Drive, Suite 201 |
| (248) 822-7800 | Livonia, Michigan 48152 |
| mcdonald@bsplaw.com | (313) 327-3100/(313) 327-3101 – Fax |
| abdallah@bsplaw.com | william.cook@wilsonelser.com |
| *Attorneys for Plaintiff* | ben.demsky@wilsonelser.com |
| | *Attorneys for Defendant* |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANT KEVRON INVESTMENTS, INC.

At a session of said Court,
Held in the City of Detroit,
County of Wayne, State of Michigan
United States District Court
Eastern District of Michigan
Southern Division

on: _____

PRESENT: HON. _____

1

This matter having come before the Court via Motion to Withdraw as Counsel for Defendant Kevron Investments, Inc., and the Court being otherwise fully advised:

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Defendant Kevron Investments, Inc. is **granted** for the reasons stated on the record.

IT IS FURTHER ORDERED that the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP and, specifically, attorneys William S. Cook and Benjamin A. Demsky, are therefore withdrawn as counsel for defendant Kevron Investments, Inc.

IT IS FURTHER ORDERED that William S. Cook or Benjamin A. Demsky shall send this order, once entered by the court, to Kevron Investments, Inc.

IT IS SO ORDERED.

This is NOT a final order and does NOT resolve the case.

_____
HON. LAURIE J. MICHELSON