UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KEVRON INVESTMENTS, INC.,<br><br>    Defendant. | Case No. 22-10395<br>Honorable Laurie J. Michelson |

**ORDER DENYING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT KEVRON INVESTMENTS, INC. [61]**

On October 8, 2025, defense counsel filed a motion to withdraw as counsel for Defendant Kevron Investments, Inc. (ECF No. 61.) On October 14, 2025, the Court held a hearing on that motion. (*See* ECF No. 62.)

For the reasons stated more fully on the record during the hearing, defense counsel's motion to withdraw (ECF No. 61) is DENIED.

SO ORDERED.

Dated: October 14, 2025

                                              s/Laurie J. Michelson
                                              LAURIE J. MICHELSON
                                              UNITED STATES DISTRICT JUDGE