## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC

    *Plaintiff*,

v.

KEVRON INVESTMENTS, INC.,

    *Defendant*.

Case No. 2:22-cv-10395

Hon. Laurie J. Michelson
Mag. Elizabeth A. Stafford

## CONSENT JUDGMENT

This matter having come before the Court upon the stipulation of the parties to entry of final judgment as set forth below, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff United Wholesale Mortgage, LLC ("UWM") is awarded a final judgment by consent in its favor and against Defendant Kevron Investments, Inc. in the amount of Three Hundred Twenty-Five Thousand Dollars ($325,000.00), which sum includes liquidated damages, attorneys' fees, costs, and expenses.

**IT IS FURTHER ORDERED** that the Parties have mutually agreed to waive any right of appeal they may have of this Judgment or any prior Order issued in this case.

1

**IT IS FURTHER ORDERED** that, in light of entry of this Consent Judgment, there remains no issue for trial and the Clerk is directed to remove this matter from the trial calendar and close the case.  The Court retains jurisdiction for post-judgment enforcement.

**SO ORDERED.**

Date: November 7, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
United States District Judge

So stipulated by:

By: */s/ Roger P. Meyers*
Moheeb H. Murray (P63893)
William E. McDonald, III (P76709)
Roger P. Meyers (P73255)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
T/F: (248) 822-7800
mcdonald@bsplaw.com
meyers@bsplaw.com
abdallah@bsplaw.com

A. Lane Morrison (P87427)
**BUSH SEYFERTH PLLC**
5810 Wilson Road, Suite 125
Humble, TX 77396
T/F: (281) 930-6853
morrison@bsplaw.com

*Attorneys for Plaintiff United
Wholesale Mortgage, LLC*

By: */s/ William S. Cook* (w/consent)
William S. Cook (P68934)
**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
17197 N. Laurel Park Dr., Suite 201
Livonia, Michigan 48152
Phone: (313) 327-3100
william.cook@wilsonelser.com

*Attorneys for Defendant Kevron
Investments, Inc.*

Date: November 6, 2025