UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEVRON INVESTMENTS, INC.,<br><br>Defendant. | Case No. 22-10395<br>Honorable Laurie J. Michelson |

## NOTICE OF TELEPHONE CONFERENCE

On September 28, 2026, at 3:00 p.m., the Court will hold a telephone status conference in this matter.

The purpose of the conference is to resolve a discovery dispute. At least 24 hours prior to the conference, each side **shall** submit a one-page summary of the dispute via the link for proposed orders located under the Utilities section of CM/ECF. The parties should also exchange their summaries at that time. If the conference is scheduled within 24 hours of the parties' request, the parties are to submit and exchange their summaries as soon as possible.

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (313) 261-7355. The system will then provide directions for joining the call; when asked for a Conference ID, use: 293 913 358**.** If possible, please refrain from participating in the conference on a cell phone.

Dated: September 22, 2026

s/Tina M. Damoah
Case Manager to
District Judge Laurie J. Michelson
(313) 234-5095